# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

LANSANA TOURAY,

    Petitioner,

v.      Case No. 4:18-cv-01189-ACA-JEO

SCOTT HASSELL, et al.,

    Respondents.

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed November 27, 2018. (Doc. 9). In the motion, Respondents note Petitioner was removed from the United States to his native country of Gambia on November 15, 2018. (Doc. 9-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed. The Clerk is DIRECTED to **TERM** the Motion for Summary Judgment (**doc. 8**).

A separate order will be entered.

**DONE** and **ORDERED** this November 28, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE